THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MITCHELL PATTERSON, Defendant-Appellant.

(No. 58297;

First District (4th Division)—January 16, 1974.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (Lee T. Hettinger, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.